IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO SULLIVAN, | 2:08-cv-3085-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SUSAN HUBBARD, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 17, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

---

[1] In his "objections," plaintiff states only that he did not consent to Magistrate Judge jurisdiction and that he wants a District Judge to decide his case. He does not provide any substantive argument regarding the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 17, 2009, are adopted in full;

2. This action is dismissed; and

3. The Clerk of the Court is directed to enter judgment of dismissal and close this file.

Dated: April 4, 2009

GARLAND E. BURRELL, JR.
United States District Judge